■   DAVID BALCH et al. v. RICHBY REALTY CORPORATION. RICHBY REALTY CORPORATION v. SOL MANDELL et al.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■   HERACHIO A. BOZO et al., v. CLARK BROS. PAN AMERICAN, INC., et al.— Motion to dismiss appeal granted, with $10 costs unless the appellants procure the record on appeal and appellants' points to be served and filed on or before April 24, 1959, with notice of argument for the June 1959 Term of this court, said appeal to be argued or submitted when reached.   Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■   THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT MAY.— Enlargement of time granted.   Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■   In the Matter of KATE L. ELIAS, Deceased.   BESSIE CONKLIN; GUARANTY TRUST COMPANY OF NEW YORK et al.— Motion granted to the extent of further enlarging the appellant's time to serve and file the record on appeal and appellant's points to and including April 8, 1959, with notice of argument for the May 1959 Term of this court, said appeal to be argued or submitted when reached.   Respondents' points are to be served and filed on or before April 23, 1959 and reply points, if any, on or before April 28, 1959.   Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■   THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK J. VALENTI against JOHN J. McCLOSKEY, as Sheriff of the City of New York, et al.   THE PEOPLE OF THE STATE OF NEW YORK ex rel. COSTENZE PETER VALENTI, against JOHN J. McCLOSKEY, as Sheriff of the City of New York, et al.— Motion granted insofar as to dispense with the printing of the records on appeal and to permit the appeals to be heard upon the original records, without printing the same; the respective parties are permitted to file one printed brief covering both appeals and said appeals are to be argued or submitted together; the appeals are set down for argument for April 10, 1959.   The original records on appeal and the printed appellants' points are to be served and filed on or before April 6, 1959, with notice of argument for the April 1959 Term of this court; respondents' points are to be served and filed on or before April 9, 1959.   Reply points, if any, may be typewritten and shall be served and filed within two days after the argument of said appeal.   Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■   , PENN-TEXAS CORPORATION, Respondent, v. MURAT ANSTALT et al., Defendants, and JACQUES SARLIE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent.   No opinion.   Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

## (April 3, 1959)

■   ISREAL ARONOWITZ et al., v. MILDRED SIGLER et al.— Motion granted upon condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before April 16, 1959, with notice of argument for April 28, 1959, said appeal to be argued or submitted when reached. In the event this condition is not complied with, the plaintiffs-respondents may submit an order vacating the stay and fixing a date for the examination of the defendants to proceed, without notice to the appellants.   Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.